UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08CR 462** |
| ) | |
| v. ) | |
| ) | Sidney I. Schenkier |
| DANYALE SIMMONS ) | |
| ) | United States Magistrate Judge |
| ) | |
| ) | **UNDER SEAL** |

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and other subjects and compromise an ongoing investigation. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, and any resulting order by the Court, be sealed for sixty days, or until the execution of the Arrest Warrant, whichever comes first.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MAUREEN E. MERIN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-1457

**FILED**

JUN 1 0 2008 TC
June 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT