## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 462 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | United States of America vs. Danyale Simmons | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Danyale Simmons pursuant to complaint. Government's motion to seal complaint, affidavit, and arrest warrant is granted. Enter order to seal complaint, affidavit, and arrest warrant for sixty days, or until the execution of arrest warrant.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:20

Courtroom Deputy Initials: mm