UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 462** |
| | ) | |
| v. | ) | |
| | ) | Sidney I. Schenkier |
| DANYALE SIMMONS | ) | |
| | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, as well as the Motion to Seal and this Order, all dated June 10, 2008, are hereby SEALED for sixty days, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

Dated: June 10, 2008