# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DANYALE SIMMONS

Case Number: 08CR 462

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DANYALE SIMMONS

FILED
June 12, 2008
JUN 1 2 2008

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print) | MICHAEL F. CLANCY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | |
| STREET ADDRESS | 53 W. Jackson #1401 |
| CITY/STATE/ZIP | CHIC IL. 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6244411 |
| TELEPHONE NUMBER | 312 427-0288 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐  APPOINTED COUNSEL ☒ |