## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 462 - 1 | **DATE** | 6/17/2008 |
| **CASE TITLE** | United States of America vs. Danyale Simmons | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is granted. Defendant waives preliminary examination. The Court enters a finding of probable cause. The defendant is ordered bound to the district court.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|