UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANYALE SIMMONS )<br>) | No. 08 CR 462<br><br>Violation: Title 18, United States<br>Code, Section 2113(a) |

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE SCHENKIER

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about January 4, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DANYALE SIMMONS,

defendant herein, did by intimidation, take from the person and presence of a bank employee, approximately $2,680 in United States currency, belonging to, and in the care, custody, control, management, and possession of the First American Bank, located at 33 W. Monroe St., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

JUN 2 6 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT