**08 CR 462**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS



1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **08 CR 462** US v. Dunyale L. Simmons    Schenkier

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**
   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**
   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Bank Robbery (II)**

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC 2113(a)

**FILED**

JUN 2 6 2008 TC
June 26, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Maureen Merin
Assistant United States Attorney

**JUDGE JOAN H. LEFKOW**

**MAGISTRATE JUDGE SCHENKIER**