# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| CASE NUMBER | 08 CR 462 - 1 | DATE | 6/27/2008 |
| CASE TITLE | United States of America vs. Danyale Simmons | | |

**DOCKET ENTRY TEXT**

Enter order of detention pursuant to the minute order of 6/17/08 (doc. # 8).

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 27 PM 1:17
FILED-CM