# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 462 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Danyale Simmons | | |

**DOCKET ENTRY TEXT**

Arraignment held, Renato Mariotti appearing for government, and William Sullivan appearing for defendant Danyale Simmons, who was also present in court. Defendant enters a plea of non-guilty and waives formal reading of the indictment. 16.1 conference to be held by 7/9/2008. Any pretrial motions to be filed by 8/6/2008. Status hearing set for 8/6/2008 at 9:30 a.m. Trial is set for 1/12/2009 at 9:30 a.m. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 7/2/2008 through 8/6/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|