**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                                                    Case No.: 1:08−cr−00462

                                                                             Honorable Joan H. Lefkow

Danyale L Simmons

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow as to Danyale L Simmons:Upon request of the parties, Change of Plea Hearing is set for 7/30/2008 at 11:30 AM. Status hearing of 8/6/2008 is stricken. Counsel must contact Judge Lefkow's Courtroom Deputy at least one day in advance of a change of plea hearing if the plea is not going forward. In addition, a draft copy of the proposed plea agreement should be delivered to the judge's chambers at least one day in advance of the date of the hearing. The ends of justice served by exclusion of time outweigh the best interest of the defendant in a speedy trial, namely: additional time for diligent plea negotiations is needed in order to facilitate defendant's advantages related to acceptance of responsibility. The period beginning 7/21/2008 through 7/30/2008 is excluded pursuant to 18.3161(h)(1)(I). Telephoned and mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.